IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA POOLE-WARD, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-885 |
| | § | |
| AFFILIATES FOR WOMEN'S HEALTH, P.A., | § | |
| | § | |
| Defendant. | § | |

## INDICATIVE RULING

The parties jointly moved for an indicative ruling as to whether this court would grant a motion requesting it to withdraw its order dismissing this case in favor of arbitration and order the case to proceed to litigation. If it had jurisdiction to do so, the court would grant a motion to withdraw the dismissal based on the parties' agreement to waive arbitration and allow the parties to present their claims and defenses in this litigation.

The parties' joint motion for an indicative ruling from this court is therefore granted, indicating that this court would withdraw its order dismissing this case, (Docket Entry No. 21), ordering the parties to proceed to litigation, and would set a scheduling and status conference for **December 18, 2017, at 3:30 p.m.**

SIGNED on November 21, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge